AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| Travis J. Longo, | ) | Case No.    5:26-MJ-143 (ML) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 19, 2026, in the county of Madison in the Northern District of New York the

defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(a)(5)(B) | Knowing receipt and possession of child pornography via any means of interstate/foreign commerce |

This criminal complaint is based on these facts:
See attached affidavit

☒    Continued on the attached sheet.

LINDSEY R VALENTINO
Digitally signed by LINDSEY R VALENTINO
Date: 2026.06.19 18:06:55 -04'00'

_____
*Complainant's signature*

Lindsey Valentino, Special Agent
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:    June 19, 2026

_____
*Judge's signature*

City and State:    Binghamton, New York          Hon. Miroslav Lovric, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Lindsey Valentino, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      Your affiant is a Special Agent employed by Homeland Security Investigations (HSI) since September 2019. Your affiant successfully completed the Criminal Investigatory Training Program and the Homeland Security Investigations Special Agent Training at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. While at training, your affiant received training in child exploitation investigations. Your affiant received specialized undercover chat training by the Internet Crimes Against Children (ICAC) Task Force in March of 2023. Prior to working as a Special Agent, your affiant was a United States Border Patrol Intelligence Agent (BPAI) and a Task Force Officer (TFO) with HSI's Border Enforcement Security Task Force (BEST) in Massena, New York. Your affiant has investigated and assisted in the prosecution of child exploitation related crimes, and your affiant has executed several search warrants for various state and federal felony crimes. Prior to working as an intelligence agent and a TFO, your affiant was a United States Border Patrol Agent in Massena, New York and San Diego, California. Your affiant received their Bachelor of Science Degree in Criminal Justice from Medaille College in Buffalo, New York. Your affiant has investigated similar criminal violations on several prior occasions.

2.      My duties include the enforcement of federal criminal statutes involving the exploitation of children as codified in Title 18, United States Code, Sections 2251-2259. I have received training in the importation and distribution of child pornography and have had the opportunity to observe and review numerous examples of child pornography in many forms of media, including video and computer media.

1

3.      This affidavit is made in support of an application for a criminal complaint charging the defendant, Travis J. LONGO, with violations of 18 U.S.C. §§ 2252A(a)(2)(A) (receipt of child pornography) and 2252A(a)(5)(B) (possession of child pornography).

4.      The statements contained in this affidavit are based upon my investigation and information provided to me by other agents. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant has violated 18 U.S.C. §§ 2252A(a)(2)(A) (receipt of child pornography) and 2252A(a)(5)(B) (possession of child pornography).

## II.    THE INVESTIGATION AND PROBABLE CAUSE

5.      On June 18, 2026, as part of investigation into LONGO by the New York State Police (NYSP), an orange iPhone 17 Pro Max, Serial Number L4G24QDQ45, which was manufactured outside the state of New York, was recovered during a search of LONGO, in Cazenovia, New York, pursuant to a state search warrant. Subsequently, a federal search warrant was signed by United States Magistrate Miroslav Lovric on June 19, 2026, authorizing the search of the phone and the data thereon. During a review of the data on the phone, HSI, with the assistance of NYSP investigators, located images of child pornography on the device, including:

    a.    An image depicting a minor male child approximately 5-7 years of age. The child is wearing a red shirt, and his pants are down past his thighs, exposing his thighs and pubic region. In the image, it appears the child is masturbating his exposed penis. The child's face can be seen in the image.

6.      Additionally, NYSP investigators recovered messages exchanged between

LONGO and other individuals via an internet-based messaging application installed on the phone in which LONGO received child pornography from the other users including:

a. A video received on June 12, 2026, depicting a female infant child approximately less than one year old. The video is approximately 1 minute and 15 seconds long. The infant female child is naked, and she is being anally penetrated by an adult male. The bottom of the child's face can be seen while she is sucking on her thumb.

b. A video also received on June 12, 2026, depicting an infant approximately less than one year old. The infant is naked and is being held in the hands of an adult man. The infant's legs are pressed against the child's chest, and the child's feet are up by the child's face. The adult male is penetrating the infant child; it appears to be anal penetration.

c. A video received on June 9, 2026, depicting an infant male child approximately 12 to 18 months old. The child is naked from the waist down. The video is approximately 20 seconds long. The video initially depicts the child's anus, as the video progresses an adult male digitally penetrates the infant child's anus.

7. In addition, NYSP investigators recovered other chats on the device in which LONGO discussed with other individuals his sexual interest in children including a minor male child known to him and to whom he has had access.

## III.    CONCLUSION

8. Based on the above information, there is probable cause to believe that Travis J. LONGO has violated 18 U.S.C. §§ 2252A(a)(2)(A) (receipt of child pornography) and 2252A(a)(5)(B) (possession of child pornography).

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

LINDSEY R VALENTINO

Digitally signed by LINDSEY R VALENTINO
Date: 2026.06.19 18:07:46 -04'00'

Lindsey Valentino, Special Agent
Homeland Security Investigations

I, the Honorable Miroslav Lovric, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by video conference on June 19, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Miroslav Lovric
United States Magistrate Judge

4