IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 5:26-MJ-143 (ML) |
| | ) | |
| **v.** | ) | Stipulation and Order |
| | ) | for Enlargement of Time |
| **TRAVIS J. LONGO,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**STIPULATION**

The United States of America, by and through undersigned counsel, and the defendant, Travis J. Longo, by and through counsel, Anne LaFex, Esq., hereby agree and stipulate that the time within which an indictment must be filed under Title 18, United States Code, Section 3161(b), be enlarged to and including sixty (60) days from the date of the signing of this Order and that such time be excluded, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), from the computation of the time within which an indictment must be filed under the provisions of Title 18, United States Code, Section 3161(b).

1) The chronology of this case is as follows:

a) Date of complaint: June 20, 2026

b) Date of initial appearance: June 20, 2026

c) Defendant custody status: Pretrial Detention

d) Earlier enlargements of time and exclusions under the Speedy Trial Act: None

2) The United States and/or the defendant request this exclusion based on the following facts and circumstances:

a) The defendant was recently charged by complaint and the parties are in the process of exchanging and reviewing discovery related to the case. Based on the nature of the case and the volume of discovery likely to be produced, the additional time is necessary for the parties to review the discovery and to assess how best to proceed with the case prior to the filing of an indictment.

3) The parties stipulate and agree that the ends of justice served by granting this extension outweigh the best interest of the public and the defendant in a speedy indictment and trial because denial of the requested extension would deny counsel the reasonable time necessary for effective preparation for the return and filing of an indictment, taking into account the exercise of due diligence (*see* 18 U.S.C. § 3161(h)(7)(B)(iv)).

4) The parties stipulate and agree that a period of sixty (60) days, from the date of the signing of this Order, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

The undersigned attorneys affirm under penalty of perjury the accuracy of the facts set forth above and apply for and consent to the proposed order set forth below.

Dated: July 9, 2026

TODD BLANCHE
Acting Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By: */s/ Adrian LaRochelle*

Adrian LaRochelle
Assistant United States Attorney
Bar Roll No. 701266

*s/ Anne L. LaFex*

Anne LaFex, Esq.
Attorney for Travis J. Longo
Bar Roll No. 517311

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 5:26-MJ-143 (ML) |
| | ) | |
| **v.** | ) | |
| | ) | |
| **TRAVIS J. LONGO,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

A. The Court adopts the stipulated facts set out above as findings and hereby incorporates them into this Order;

1. The Court has considered its obligation under 18 U.S.C. § 3161(h)(7)(A) to determine whether an extension of time within which the government must file an information or indictment serves the ends of justice in a manner that outweighs both the public interest and the defendant's rights. The Court finds that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy indictment and trial because this delay is necessary in order to allow the United States reasonable time following the arrest of the defendant for effective preparation for the return and filing of an indictment, taking into account the exercise of due diligence.

BASED ON THE STIPULATED FACTS AND THE COURT'S RELATED FINDINGS, IT IS HEREBY ORDERED that the time within which an indictment must be filed under the provisions of Title 18, United States Code, Section 3161(b), be enlarged to and including sixty (60) days from the date of this Order, and that time be excluded pursuant to Title 18, United States Code, Section 3161(h)(7)(A), from the computation of the time within which an indictment must

be filed under the provisions of Title 18, United States Code, Section 3161(b), because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial for the reasons stipulated above.

IT IS SO ORDERED.

Dated and entered this ________ day of July, 2026.

________________________________

Hon. Miroslav Lovric
U.S. Magistrate Judge